FILED

GREAT FALLS D.

2011 FEB 28  PM 3 56

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| STACY GENE HALL,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN SAM LAW; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondent. | No. CV-11-07-GF-SEH<br><br>**ORDER** |

On January 26, 2011, United States Magistrate Judge Keith Strong entered his Findings and Recommendations in this matter.[1] Petitioner filed objections to Judge Strong's Findings and Recommendations on February 16, 2011. He also filed a Motion for Certificate of Appealability.

The Court has fully considered Petitioner's motion and has reviewed *de novo* Judge Strong's Findings and Recommendations. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 4

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and

Recommendations and adopt them in full.

ORDERED:

1.      The Petition for Writ of Habeas Corpus[2] is DISMISSED with

prejudice.

2.      The Motion for Certificate of Appealability[3] is DENIED as the

Petition fails to allege a viable claim for federal habeas relief under 28 U.S.C.

§ 2254.

3.      The Clerk is directed to enter judgment accordingly.

DATED this ___28th___ day of February, 2011.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1

[3] Document No. 8

-2-